**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO. 3:01cv685-V**

| | | |
|---|---|---|
| **ROSEMARY BOOTH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>**O R D E R**</u> |
| | ) | |
| **THE UNIVERSITY OF NORTH** | ) | |
| **CAROLINA AT CHARLOTTE,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on its own motion to reschedule the trial in this case from 18 October 2005 to 13 October 2005. **IT IS, THEREFORE, ORDERED** that the trial is scheduled to begin on 13 October 2005 in the Charlotte Division.

**Signed: July 7, 2005**

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge